SCAD-14-0000799

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

KHALED S. MUJTABAA,
Respondent.

---

ORIGINAL PROCEEDING
(ODC 12-042-9058, 13-036-9106)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon consideration of the July 14, 2015 affidavit submitted by Respondent Khaled S. Mujtabaa and the exhibits attached thereto, as well as this court's July 1, 2015 order of clarification and the record, it appears Respondent Mujtabaa has complied with all of the conditions of his 180-day period of suspension imposed by this court in its June 24, 2014 order that are required for reinstatement, and that his July 24, 2015 affidavit complies with Rule 2.17(b)(2) of the Rules of the Supreme Court of the State of Hawai‘i (RSCH). We note Respondent Mujtabaa must still file with this court, by January 4, 2016, a

report regarding an audit of his practice and evidence of his compliance with its recommendations, but that his reinstatement in the interim is not contingent upon the filing of that report. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED that, pursuant to RSCH Rule 2.17(b)(2), Respondent Mujtabaa is reinstated to the practice of law in this jurisdiction, effective upon entry of this order.

IT IS FINALLY ORDERED that Respondent Mujtabaa is hereby notified that failure to timely file the required report by the January 4, 2016 deadline, or to establish good cause justifying an extension, may result in an additional period of suspension, upon a review of the record.

DATED:  Honolulu, Hawaiʻi, August 24, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

